| Attorney or Party without Attorney:<br>YEREMENY OLEGOVICH KRIVOSHEY, ESQ.<br>BURSOR & FISHER, P.A.<br>1990 N. CALIFORNIA BLVD.<br>SUITE 940<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-300-4455 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: SHERON COOK | | | | |
| Defendant: RECEIVABLES PERFORMANCE MANAGEMENT, LLC | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-cv-01623-mce-ckd |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXCERCISE JURISDICTION AND APPEAL INSTRUCTIONS; INITIAL PRETRIAL SCHEDULING ORDER; NOTICE OF AVAILABILITY, VOLUNTARY DISPUTE RESOLUTION.

3. a. Party served:       RECEIVABLES PERFORMANCE MANAGEMENT, LLC
   b. Person served:    JANA MEYER, DIRECTOR OF QUALITY AND COMPLIANCE

4. Address where the party was served:   20816 44TH AVE WEST
                                          LYNNWOOD, WA 98036

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jul. 20, 2016 (2) at: 4:15PM

7. *Person Who Served Papers:*
   a. NIEL YOUNG

   3600 Lime Street, Suite 626
   Riverside, CA 92501
   Telephone    (951) 779-1110
   Fax          (951) 779-0100
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jul. 21, 2016

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE                                        (NIEL YOUNG)    268283   .burfi.823998