**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON COOK, on Behalf of Herself and all Others Similarly Situated,<br><br>                    Plaintiff,<br>     v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>                    Defendant. | Case No.  2:16-cv-01623-MCE-CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT Plaintiff Sheron Cook's individual claims are dismissed with prejudice, and the claims of putative class members are dismissed without prejudice, with the parties to bear their respective fees and costs, except as otherwise provided by written agreement.

IT IS SO ORDERED.

Dated: November 2, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE